IVER C. OSTERGAARD v. GREEK CATHOLIC CONGREGA-
TION OF ST. JOHN THE BAPTIST.

Argued June 26, 1907—Decided November 18, 1907.

On error to the Middlesex Circuit Court.

For the plaintiff in error, *Charles T. Cowenhoven.*

For the defendant in error, *Adrian Lyon.*

PER CURIAM.

An examination of the bills of exceptions, upon which the
assignments of error in this case are rested, satisfies us that the
judicial rulings complained of, even if technically erroneous,
worked no harm to the plaintiff in error; that they could have
had no effect either in the determination of the question of his
liability, or of the amount of that liability as found by the jury.
For this reason the judgment will be affirmed.

*For affirmance*—MAGIE, CHANCELLOR, THE CHIEF JUSTICE,
GARRISON, HENDRICKSON, PITNEY, SWAYZE, REED, TRENCH-
ARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL,
J.J.    14.

*For reversal*—None.